No. 584. CALIFORNIA *v.* STEWART. Sup. Ct. Cal. (Certiorari granted, *ante,* p. 937.) Motion of petitioner to dispense with printing the record granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion of petitioner to remove case from summary calendar granted and a total of one and one-half hours is allotted for oral argument. *Thomas C. Lynch,* Attorney General of California, and *Gordon Ringer,* Deputy Attorney General, for petitioner. *William A. Norris* for respondent.

No. 722. BARRIOS ET AL. *v.* FLORIDA. Appeal from Sup. Ct. Fla. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 761. WESTOVER *v.* UNITED STATES. C. A. 9th Cir. (Certiorari granted, *ante,* p. 924.) Motion for leave to amend the petition denied.

No. 813, Misc. EVANS *v.* KENNEDY, ATTORNEY GENERAL, ET AL. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondents. 

No. 805, Misc. CEPHAS *v.* BOLES, WARDEN;

No. 831, Misc. WHITTINGTON *v.* WEAKLEY, REFORMATORY SUPERINTENDENT;

No. 876, Misc. WILLIAMS *v.* FOLLETTE, WARDEN;

No. 891, Misc. MADDEN *v.* CALIFORNIA;

No. 897, Misc. TYNAN *v.* EYMAN, WARDEN, ET AL.;

No. 911, Misc. EARNSHAW *v.* KATZENBACH, ATTORNEY GENERAL, ET AL.; and

No. 925, Misc. ORTEGA *v.* WARDEN, MICHIGAN STATE PRISON. Motions for leave to file petitions for writs of habeas corpus denied.